ACE FIRE UNDERWRITERS INSURANCE COMPANY, Respondent, v ORANGE-ULSTER BOARD OF COOPERATIVE EDUCATIONAL SERVICES et al., Defendants and Third-Party Plaintiffs-Appellants. NATIONAL UNION INSURANCE COMPANY OF PITTSBURGH, PA., et al., Third-Party Defendants-Respondents.

Submitted October 25, 2004; decided December 2, 2004

Appeal from the November 2003 Appellate Division order dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that such order was recalled and vacated by a June 2004 superceding Appellate Division order [*see* 8 AD3d 593] which is in favor of appellants and does not finally determine the action within the meaning of the Constitution.